```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JUVENAL JUAREZ LEON,                                             :
                                                                 :
                           Plaintiff,                            :
                                                                 :       20-cv-7718 (LJL)
            -v-                                                  :
                                                                 :       ORDER
THAI VILLA, et al.,                                              :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

LEWIS J. LIMAN, United States District Judge:

On November 17, 2020, Defendants filed a motion to compel Plaintiff to arbitrate his claims against Defendants, and dismissing or staying this action pending resolution of Plaintiff's claims through arbitration. *See* Dkt. Nos. 17, 19. On November 30, 2020, Plaintiff filed a letter with the Court advising that it does not oppose the motion to compel arbitration. Dkt. No. 21. Accordingly, for the reasons stated in Defendants' brief, at Dkt. No. 19, Defendants' motion to compel arbitration and to stay the case pending resolution of arbitration is GRANTED. All pending deadlines and conferences are adjourned *sine die*.

The Clerk of Court is respectfully directed to stay the case.

SO ORDERED.

Dated: November 30, 2020
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                United States District Judge