```
                                                           ┌─────────────────────────────────┐
                                                           │ USDC SDNY                       │
                                                           │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                               │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                              │ DOC #:_____          │
------------------------------------------------------------X │ DATE FILED: 08/27/2024      │
                                                 :         └─────────────────────────────────┘
JUVENAL JUAREZ LEON,                             :
individually and on behalf of others similarly situated, :

                                                 :
                       Plaintiff,                :            20-cv-7718 (LJL)
                                                 :
          -v-                                    :            ORDER
                                                 :
THAI VILLA (D/B/A THAI VILLA), NORAPOL           :
YOUNGPHITAK, and JANE DOE YOUNGPHITAK,           :
                                                 :
                       Defendants.               X
```

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

This case was stayed on November 11, 2020, "pending resolution of arbitration." Dkt. No. 22. On January 4, 2022, the parties notified the Court that arbitration had not yet begun, but that they anticipated commencement "within the next two to three months." Dkt. No. 29. On June 6, 2022, the Court directed the parties to file a status report every 90 days. Dkt. No. 33. On December 16, 2022, the parties notified the Court that arbitration had still not begun, and the parties were negotiating a settlement. Dkt. No. 36. Subsequent status reports have stated that the parties are in the process of negotiating a settlement. Dkt. Nos. 37, 39, 42.

By order of July 17, 2024, the Court ordered the parties to file another status update on August 16, 2024. Dkt. No. 43. The Court has not yet received a status report. This case is stayed to allow arbitration to proceed, and the purpose of the status reports is to determine when the stay should be lifted and the case restored to the Court's active calendar. It is not clear from recent status reports whether arbitration has occurred or will occur. The parties are ORDERED to file an update by September 9, 2024 stating whether arbitration has occurred or will occur in this

case and addressing the issue of whether the stay currently in effect should or should not be

lifted.

      SO ORDERED.

Dated: August 27, 2024
      New York, New York

                              LEWIS J. LIMAN
                      United States District Judge

2