**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUVENAL JUAREZ LEON, *individually and on behalf of others similarly situated*,

*Plaintiff,*

-against-

THAI VILLA (D/B/A THAI VILLA), NORAPOL YOUNGPHITAK, and JANE DOE YOUNGPHITAK,

*Defendants.*
-----------------------------------------------------------------X

Case No.: 1:20-cv-07718-LJL

**JUDGMENT**

## JUDGMENT

On November 7, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JUVENAL JUAREZ LEON, has judgment against THAI VILLA (D/B/A THAI VILLA), NORAPOL YOUNGPHITAK, and JANE DOE YOUNGPHITAK, jointly and severally, in the amount of Two Thousand Two Hundred Twenty-Seven Dollars and Twenty-Seven Cents. ($2,227.27), which is inclusive of attorneys' fees and costs.

SO ORDERED.

Dated: _November 12,___, 2024

_____
LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE